EDDY HSU (BAR # 245390)
LAW OFFICE OF EDDY HSU
111 NORTH MARKET ST.
SUITE 300
SAN JOSE, CALIFORNIA 95113
(408) 625-1138
(408) 625-1139 FAX

Attorney for Debtors,

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                                    Chapter 13
                                                          Case No. 10-55761 ASW
HERMINIO SERRANO LAAN,                    APPLICATION FOR COMPENSATION;
                                                          DECLARATION
Debtor(s)_____/

1.     Debtor(s') attorney, Eddy Hsu, requests the approval of attorney's fees in the sum of $5,800 pursuant to the attorney's fee disclosure statement filed with the Court and the Guidelines for Payment of Attorney's Fees in Chapter 13 Cases (San Jose Division). Of the sum requested, the amount of $1,995 has been previously paid to Debtor(s') attorney.

2. In addition to the basic case, the Debtor(s') case involves:

      _X_ Real property claims
      ___ Compromise plan use
      ___ Certain additional real property: ____ piece(s)
      ___ State or federal tax claims
      _X_ Vehicle loans or leases
      _X_ An operating business
      ___ Support arrears
      ___ Student loans
      ___ 25 or more creditors
      ___ Motion to commence or extend the automatic stay

3. A copy of the RIGHTS AND RESPONSIBILITIES OF CHAPTER 13 DEBTORS AND THEIR ATTORNEYS, executed by the Debtor(s) and Debtor(s') attorney, has been filed with the Court.

4. All fees are subject to Court approval, whether paid in advance or through the plan.

I, the undersigned, declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

APPLICATION FOR COMPENSATION

Dated: June 1, 2010                          /s/*Eddy Hsu*
                                             Attorney for Debtor(s)