EDDY HSU (BAR # 245390)
LAW OFFICE OF EDDY HSU
111 NORTH MARKET ST.
SUITE 300
SAN JOSE, CALIFORNIA 95113
(408) 625-1138
(408) 625-1139 FAX

Attorney for Debtor(s),

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

HERMINIO SERRANO LAAN,

Debtor(s)_____/

Chapter 13
Case No. 10-55761 ASW

SUPPLEMENTAL APPLICATION FOR
COMPENSATION; DECLARATION;
CERTIFICATE OF SERVICE

1. Debtor(s') petition was filed on June 1, 2010.
2. The "Rights and Responsibilities of Chapter 13 Debtors and Their Attorneys" was filed on June 1, 2010.
3. Debtor(s') Attorney, Eddy Hsu, requests the approval of additional attorney's fees in the sum of $800 pursuant to the Guidelines for Payment of Attorney's fees in Chapter 13 cases (San Jose Division).
4. Debtor(s') Attorney represents that the following event has occurred that, according to the Fee Guidelines, gives rise to a claim for additional fees as follows:

__ A post-confirmation plan modification has been filed
    __ not requiring amended schedules I & J [$500]
    __ requiring amended schedules I & J [$600]
__ Application for permission to sell, refinance, or purchase real property, or if one or more motions to avoid judicial liens, has been filed by the Applicant
    __ not requiring a court hearing [$500]
    __ requiring a court hearing [$750]
__ A new motion for relief from the automatic stay has been filed, excluding unopposed motions, after one year form the petition date
    __ regarding personal property [$400]
    __ regarding real property [$600]
__ Motion to dismiss, convert, or reconvert has been filed, excluding the Trustee's Notices of Default regarding plan payments. [$450]
__ Optional preparation of tax returns [$200 each year x___ years prepared]
X  Motion or adversary proceeding to value and/or avoid real property liens [$800]

    I, the undersigned, declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Dated: 6/3/2010                /s/Eddy Hsu
                                        Attorney for Debtor(s)

The Trustee has reviewed this Application and has no objection thereto.

APPLICATION FOR COMPENSATION

Dated: JUN 1 5 2010

_____
Elizandria De Latour Jr
Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to this case. My business address is: 111 North Market Street, Suite 300, San Jose, California 95113. I served this Application and Declaration by first class U.S. Mail, postage pre-paid at San Jose, California on those listed below on the date below. The Chapter 13 Trustee will receive such notice upon the electronic filing of this document. I declare, under penalty of perjury, that the foregoing is true and correct.

*Hermino Serrano Laan (Debtor)
*7617 Hackett Drive
*Gilroy, CA 95020

Dated: 6/3/2010

_____
Erin Coyle

APPLICATION FOR COMPENSATION

Case: 10-55761    Doc# 15    Filed: 06/23/10    Entered: 06/23/10 14:47:20    Page 2 of 2