UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                  Chapter 13
                         Case No. 10-55761 ASW

Herminio Serrano Laan,

                         OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR
                         HEARING; CERTIFICATE OF SERVICE
                         CLAIMANT: JPMorgan Chase Bank, National Association, as
                         Successor-in-Interest to Washington Mutual Bank

      Debtor(s)_____/      CLAIM NO: 2

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

| NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim) | DOLLAR AMT | DATE FILED |
|---|---|---|
| * JPMorgan Chase Bank, National Association, as Successor-in-Interest to | $896,642.00 | 7/8/2010 |
| * Washington Mutual Bank | | |
| *c/o Chase Home Finance, LLC Attn: OH4-7302 | | |
| *3415 Vision Drive, Columbus, OH 43219 | | |

The basis for the objection is that the claim:
___     duplicates claim no. _____ filed on _____ by _____.
___     does not include a copy of the underlying judgment.
_X_    does not include a copy of the security agreement and evidence of perfection.
___     fails to assert grounds for priority.
_X_    does not include a copy of the assignment(s) upon which it is based.
_X_    appears to include interest or charges accrued after the filing of this case on _____June 1, 2010_____.
___     is not timely filed.
_X_    __fails to provide grounds for additional fees and penalties_____
         _____.

The Objecting Party will ask the Court to enter an Order providing that the claim is:
_X_    allowed as a secured claim in the amount of:    $___0.00_____.
___     allowed as an unsecured claim in the amount of:   $_____.
___     allowed as a priority claim in the amount of:     $_____.
_X_    disallowed in its entirety
___     _____.

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty (20) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least ten (10) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated:__7/20/2010_____         _/s/ Eddy Hsu_____
                                                     Attorney for Objecting Party

DEBTOR(S') ADDRESS:                     *Law Offices of Eddy Hsu
*Herminio Serrano Laan                         *111 North Market Street, Suite 300
*7617 Hackett Drive                            *San Jose, CA 95113
*Gilroy, CA 95020                               *Telephone: 408-625-1138

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case. My business address is: 111 North Market Street, Suite 300, San Jose, CA 95113. I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at San Jose, California, on the date noted below and addressed to the Claimant above, and on those listed below. If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document   I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: 7/20/2010 at San Jose, California.       _____

| * Herminio Serrano Laan | * Pite Duncan LLP | * ALS – GE ATTN: Ramesh Singh |
|---|---|---|
| *7617 Hackett Drive | * Attn: Travis J. Lillie | *c/o Recovery Mgmt. Systems Corp. |
| * Gilroy, CA 95020 | * 4375 Jutland Dr Ste 200, POB 17933 | *25 SE 2nd Ave, Suite 1120 |
| * | * San Diego, CA 92177 | *Miami, FL 33131 |