DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

LAAN, HERMINIO SERRANO

        Debtor(s)

Chapter 13
Case No. 10-55761 ASW

FIRST AMENDED TRUSTEE'S OBJECTION TO CONFIRMATION WITH CERTIFICATE OF SERVICE

Pre-Hearing Conference Date: SEPTEMBER 13, 2010
Pre-Hearing Conference Time: 2:00 PM
Place: 280 S. 1st Street Room 3020
      San Jose, CA
Judge: Arthur S. Weissbrodt

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this 12% Plan for the following reasons:

1. The debtor has failed to appear and/or submit to examination under oath at the meeting of creditors under 11 U.S.C. §341(a). Without conducting this examination, the Trustee is unable to adequately investigate the debtor's financial affairs as she is required to do pursuant to 11 U.S.C. §1302(b)(1) (incorporating 11 U.S.C. §704(a)(4)). In addition, until the debtor is examined by the Trustee, she is unable to recommend confirmation of the debtor's plan. The Trustee requests that the debtor appear at a rescheduled meeting of creditors.

Trustee's Objection to Confirmation – 10-55761 ASW

2. The debtor has failed to provide the Trustee with either or both 1) a government-issued photo identification, or 2) proof of a social security number.  *See* 11 U.S.C. §521(h). Without being able to establish the identity of the debtor, the Trustee is unable to adequately investigate the financial affairs of the debtor or recommend confirmation. The Trustee requests that the debtor provide her with verification of both identity and social security number.

Dated: August 2, 2010                              /S/ Devin Derham-Burk

                                                   Chapter 13 Trustee

**CERTIFICATE OF SERVICE BY MAIL**

I declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within First Amended Trustee's Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on August 3, 2010.

Said envelopes were addressed as follows:

| HERMINIO SERRANO LAAN | LAW OFFICES OF EDDY HSU |
| 7617 HACKETT DR | 111 N MARKET ST #300 |
| GILROY CA 95020 | SAN JOSE CA 95113 |

/S/ Chaovalai Chulasawan
Office of Devin Derham-Burk, Trustee